DAVID LITE, Respondent, *v.* FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, Appellant.

*Lite* v. *Firemen's Ins. Co.*, 119 App. Div. 410, affirmed.
(Argued October 20, 1908; decided November 10, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 17, 1907, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover on a policy of fire insurance.

*William D. Murray* for appellant.

*Benjamin Patterson* and *George Bell* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THOMAS J. BEARDMORE, Appellant, *v.* ELIZABETH M. BARRY, Respondent.

*Beardmore* v. *Barry*, 118 App. Div. 334, affirmed.
(Argued October 21, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 26, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to compel the specific performance of a contract to convey real estate.

*Saul E. Rogers* and *Gustavus A. Rogers* for appellant.

*Hugo Hirsh* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.